USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAMELA WILLIAMS,

                                Plaintiff,

              -against-

BELSTAFF NORTH AMERICA, INC.

                               Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-1134 (LJL) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 12).  A telephone conference will be held on **May 26, 2020 at 11:30 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chamber conference line at the scheduled time with counsel for all parties on the line.  To join the conference line, please dial 866-434-5269 and enter access code 4858267 (if prompted for a security code, reenter the access code).

       SO ORDERED.

Dated: May 15, 2020
       New York, New York

                                                                _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge